IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 15-24731 |
| Thomas W. Greenaway, II, | ) | Chapter 13 |
| | ) | |
| Social Security No. XXX-XX- 2574 | ) | |
| | ) | |
| *Debtor* | ) | Document No. 47 |
| | ) | |
| Thomas W. Greenaway, II, | ) | |
| | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Premier Technology Systems and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| *Respondent(s)* | ) | |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

     I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) <u>October 17, 2016.</u>

     The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>First Class Mail</u>.

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Premier Technology Systems
Attn: Payroll Dept.
4 Four Coins Drive
Suite 100
Canonsburg, PA 15317

Thomas W. Greenaway, II
120 Reed Street
Lower Burrell, PA 15068

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant St.
Pittsburgh, PA 15219

By:     /s/ Kenneth Steidl
       Kenneth Steidl, Esquire
       Attorney for the Debtor

       STEIDL & STEINBERG
       Suite 2830, Gulf Tower
       707 Grant Street
       Pittsburgh, PA 15219
       (412) 391-8000
       ken.steidl@steidl-steinberg.com
       PA I.D. No. 34965