IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 15-24731 JAD |
| Thomas W. Greenaway, II, ) | Chapter 13 |
| ) | Docket No. |
| *Debtor* ) | |
| ) | |
| Thomas W. Greenaway, II, ) | |
| ) | |
| *Movant* ) | |
| ) | |
| *No Respondent(s)* ) | |

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On October 21, 2020 at docket number 63, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*: [Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.]*

                                                                Respectfully submitted,


October 21, 2020                              /s/ Kenneth Steidl
DATE                                                 Kenneth Steidl, Esquire
                                                          Attorney for the Debtor

                                                          STEIDL & STEINBERG
                                                          707 Grant Street
                                                          Suite 2830, Gulf Tower
                                                          Pittsburgh, PA 15219
                                                          (412) 391-8000
                                                          Ken.steidl@steidl-steinberg.com
                                                          PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**