**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

**IN RE:**                                                                    **CASE NO.: 15-24731-JAD**
                                                                              **CHAPTER 13**
**THOMAS GREENAWAY, II**
**DEBTOR**
_____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Notice of Mortgage Payment Change filed for Claim 3-1 on October 9, 2020.**

Robertson, Anschutz, Schneid & Crane LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170,
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Charles Wohlrab
  Charles Wohlrab, Esq.
  Email: CWohlrab@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  October 30, 2020  , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

THOMAS W. GREENAWAY, II
120 REED STREET
LOWER BURRELL, PA 15068

And via electronic mail to:

KENNETH STEIDL
STEIDL & STEINBERG
SUITE 2830 GULF TOWER
707 GRANT STREET
PITTSBURGH, PA 15219

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

Robertson, Anschutz, Schneid & Crane LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170,
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Charles Wohlrab
    Charles Wohlrab, Esq.
Email: CWohlrab@rascrane.com