**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:  CASE NO.: 15-24731-JAD
CHAPTER 13

Thomas W. Greenaway, II,
  Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Charles Wohlrab, Esq.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    130 Clinton Rd #202
    Fairfield, NJ 07004
    Telephone: 470-321-7112
    Facsimile: 470-321-7112

    By: _\S\Charles Wohlrab_
      Charles Wohlrab, Esquire
      Pennsylvania Bar No. 314532
      Email: CWohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 9, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:


THOMAS W. GREENAWAY, II
120 REED STREET
LOWER BURRELL, PA 15068

And via electronic mail to:

KENNETH STEIDL
STEIDL & STEINBERG, SUITE 2830 GULF TOWER, 707 GRANT STREET
PITTSBURGH, PA 15219

RONDA J. WINNECOUR
SUITE 3250, USX TOWER 600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER. 1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222


        By: /s/ Christi Lara
        Christi Lara
        Email: clara@raslg.com