IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Thomas W. Greenaway, II                  :      Case No.15-24731-JAD
                                         :      Chapter 13
            Debtor(s)                    :
Ronda J. Winnecour, Trustee              :
                                         :
            Movant(s)                    :
                                         :      Hearing Date:
      vs.                                :
                                         :                  Related to Docs. #70 and 78
New Residential Mortgage, LLC            :
                                         :
            Respondent(s)                :

<u>WITHDRAWAL OF MOTION TO COMPEL REFUND</u>

      The Motion to Compel Refund that was filed in the above-referenced case on

February 18, 2021 (document #70) is hereby WITHDRAWN.  The hearing scheduled for

April 28, 2021 is cancelled.


                              Respectfully submitted

<u>3/18/2021</u>                        <u>/s/ James C. Warmbrodt</u>
                              James C. Warmbrodt, PA I.D. 42524
                              Attorney for Chapter 13 Trustee
                              US Steel Tower, Suite 3250
                              600 Grant Street
                              Pittsburgh, PA  15219
                              (412) 471-5566
                               jwarmbrodt@chapter13trusteewdpa.com



                        SO ORDERED.


            3/19/2021

                                                                    sjk
                              Jeffery A. Deller, U.S. Bankruptcy Judge

FILED
3/19/21 8:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 15-24731-JAD
Thomas W. Greenaway, II                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: lfin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 19, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas W. Greenaway, II, 120 Reed Street, Lower Burrell, PA 15068-2946 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| Joshua I. Goldman | on behalf of Creditor Ditech Financial LLC jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Kenneth Steidl | on behalf of Debtor Thomas W. Greenaway  II julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |

Leonard P. Vigna
                    on behalf of Creditor Auto Trakk  LLC lpv@ktwllaw.com, ams@ktwllaw.com;r42123@notify.bestcase.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

Thomas Song
                    on behalf of Creditor Ditech Financial LLC pawb@fedphe.com


TOTAL: 8