IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 15-24731 JAD |
| Thomas W. Greenaway, II | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | ₁Related to ECF # 67 |
|     Movant(s) | ) | |
|     vs. | ) | |
| | ) | |
| Thomas W. Greenaway, II | ) | |
|     Respondent(s) | ) | |

## ORDER

AND NOW, this 15th day of September, 2021, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐ This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☒ This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then t is **FURTHER ORDERED** as follows:

A. Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B. This case is administratively closed. However, the Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

1

      D.      Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

      E.      The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

          (1)    the time deadline provided by state law; or

          (2)    30 days after the date of this notice.

☐    This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $_____ effective.

☐    This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ ____ with / _____ without prejudice, without further notice or hearing.

☐    Other:

FILED
9/15/21 2:35 pm
CLERK
U.S. BANKRUPTCY
Dated: COURT - WDPA

BY THE COURT:

_____
Jeffery A. Deller
United States Bankruptcy Judge

2

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Thomas W. Greenaway, II  
    Debtor

Case No. 15-24731-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 2  
Date Rcvd: Sep 15, 2021      Form ID: pdf900      Total Noticed: 10

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas W. Greenaway, II, 120 Reed Street, Lower Burrell, PA 15068-2946 |
| cr | + | Ditech Financial LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | | Ditech Financial LLC f/k/a Green Tree Servicing LL, PO Box 6154, Rapid City, SD 57709-6154 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14229878 | + | Auto Trakk, LLC, 1500 Sycamore Road, Suite 200, Montoursville, PA 17754-9416 |
| 14158322 | + | DiTech Mortgage, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14241464 | + | Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154 |
| 15183813 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14240353 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2021 23:24:37 | PYOD LLC, C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Auto Trakk, LLC |
| cr | | Ditech Financial LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2021      Signature:      /s/Joseph Speetjens

District/off: 0315-2 User: bsil Page 2 of 2
Date Rcvd: Sep 15, 2021 Form ID: pdf900 Total Noticed: 10

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| Joshua I. Goldman | on behalf of Creditor Ditech Financial LLC jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Kenneth Steidl | on behalf of Debtor Thomas W. Greenaway II julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Leonard P. Vigna | on behalf of Creditor Auto Trakk LLC lpv@ktwllaw.com, ams@ktwllaw.com;r42123@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Ditech Financial LLC pawb@fedphe.com |

TOTAL: 8